` Mary Kleeman, appellee, v. Benton F. Kleeman, appellant. Gen. No. 33,597.

Opinion filed May 14, 1930.

Frank S. Righeimer, for appellant; Ralph W. Condee, of counsel. Schuyler, Weinfeld & Parker, for appellee; Carl J. Appell and Howard D. Moses, of counsel.

Mr. Justice Ryner delivered the opinion of the court.

Henry E. Gifford, appellee, v. Essco Manufacturing Company, appellant. Gen. No. 33,606.

Opinion filed May 14, 1930.

Cooke, Sullivan & Ricks, for appellant. Silber, Isaacs, Silber & Wolcy, for appellee.

Mr. Justice Ryner delivered the opinion of the court.

Cedric B. Smith, appellant, v. Central Furniture Packing Company, appellee. Gen. No. 33,615.

Opinion filed May 14, 1930.

Bulkley, More, Poynton & Overmyer, for appellant. Wm. G. Lesemann, for appellee.

Mr. Justice Ryner delivered the opinion of the court.

Samuel P. Luzzo, appellee, v. William Wallace Rice, trading as Bill Rice Productions, appellant. Gen. No. 33,637.

Opinion filed May 14, 1930.

Edward P. Saltiel, for appellant. Cohen & Berke, for appellee; Harry F. Brewer, of counsel.

Mr. Justice Ryner delivered the opinion of the court.